1   THOMAS A. WOODS (SB #210050)
    thomas.woods@stoel.com
2   COREY M. DAY (SB #311021)
    corey.day@stoel.com
3   STOEL RIVES LLP
    500 Capitol Mall, Suite 1600
4   Sacramento, CA  95814
    Telephone: 916.447.0700
5   Facsimile: 916.447.4781

6   Attorneys for Defendant
    SELECT PORTFOLIO SERVICING, INC.

7

8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH CUNNINGHAM, an individual; KATHY CUNNINGHAM, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>SELECT PORTFOLIO SERVICING, INC. and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:19-cv-01096-TLN-DB<br><br>ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT |

**ORDER**

Pursuant to the stipulation of Plaintiffs Joseph Cunningham and Kathy Cunningham (collectively, "Plaintiffs") and Defendant, Select Portfolio Servicing, Inc. ("SPS"), and good cause appearing,

IT IS HEREBY ORDERED that SPS' request for a thirty (30) day extension of time to respond to Plaintiffs' First Amended Complaint is GRANTED. SPS' deadline to respond to Plaintiffs' First Amended Complaint is now May 20, 2020.

IT IS SO ORDERED.

Dated: April 21, 2020

Troy L. Nunley
United States District Judge